TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Josue Manuel Hernandez Sanchez,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*<br><br>Respondents. | Case No. 2:26-cv-02632-GMN-BNW<br><br>**Stipulation to Dismiss Duplicate Action** |

Petitioner Josue Manuel Hernandez Sanchez ("Petitioner") and Federal Respondents (collectively, "the parties"), through respective undersigned counsel, hereby stipulate to the dismissal of this matter. Undersigned counsel for the parties have reviewed Petitioner's filings in case numbers 2:26-cv-02489-GMN-MDC (filed on August 11, 2026), 2:26-cv-01789-GMN-DJA (filed June 11, 2026), and 2:26-cv-01290-JAD-MDC (filed on April 24, 2026). The documents in all cases involve the same Petitioner, Josue Manuel Hernandez Sanchez, and arise out of the same detention period resulting from the same immigration proceedings. The prior two filings before this court were already voluntarily dismissed. *See* ECF No. 7 in 2:26-cv-01789-GMN-DJA and ECF No. 7 in 2:26-cv-02489-GMN-MDC. The first case, 2:26-cv-01290-JAD-MDC, is pending before that court, and Petitioner is represented in that matter by attorney Jamie S. Cogburn. AFPD Nisha

Brooks-Whittington contacted Mr. Cogburn to make him aware of the additional pro se petitions that have been filed.

Therefore, undersigned counsel respectfully requests that the later filed case number, 2:26-cv-02632-GMN-BNW, be dismissed as a duplicate action.

Respectfully submitted this 27th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Sylvia Irvin*
SYLVIA IRVIN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED** this 28 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT